**E-Filed: 03.29.10**

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSBY WILFREDO ORANTES-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC HOLDER, Attorney General of the United States, <br><br> Defendant. | CASE NO. CV 82-01107 MMM (VBKx) <br><br> JUDGMENT AWARDING ATTORNEYS' FEES TO PLAINTIFFS |

On August 4, 2009, plaintiffs filed a motion for an award of the attorneys' fees they reasonably incurred successfully opposing the government's motion to dissolve the injunction entered by Judge David Kenyon in this action in 1988. In an order dated March 26, 2010, the court granted plaintiff's motion. Accordingly,

IT IS ORDERED AND ADJUDGED that plaintiffs recover from defendant Eric Holder attorneys' fees $1,306,360.44 and costs of $37,527.58, for a total award of $1,343,888.02. This sum shall bear post-judgment interest at the rate of .39%.

DATED: March 29, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE