```
 1  DEBRA W. YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    FRANK TRAVIESO
 4  Assistant United States Attorney
    California Bar Number: 180394
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California  90012
         Telephone:  (213) 894-2448
 7       Facsimile:  (213) 894-7819
    PETER D. KEISLER
 8  Assistant Attorney General
    DAVID J. KLINE
 9  Principal Deputy Director
    VICTOR M. LAWRENCE
10  Attorney
         Office of Immigration Litigation
11       Civil Division, U.S. Department of Justice
         P.O. Box 878, Ben Franklin Station
12       Washington, D.C.  20044
         Telephone:  (202) 305-8788
13       Facsimile:  (202) 616-9366
14  Attorneys for Defendants

15              IN THE UNITED STATES DISTRICT COURT
16           FOR THE CENTRAL DISTRICT OF CALIFORNIA
17                       WESTERN DIVISION
18  CROSBY WILFREDO                )
    ORANTES-HERNANDEZ, et al.,     )
19                                 )
        Plaintiffs,                )
20                                 )
        v.                         )   No. CV 82-1107KN
21                                 )
    JOHN ASHCROFT, Attorney General of )
22  the United States, et al.,     )
                                   )
23      Defendants.                )
                                   )
24  _____
```

### STIPULATION AND ORDER

Plaintiffs and Defendants, through undersigned counsel, hereby submit this stipulation and order regarding this Court's permanent injunction in <u>Orantes-Hernandez v. Meese</u>, 685 F. Supp.

1488 (C.D. Cal. 1988), later superceded by a July 2, 1991 modified injunction in <u>Orantes-Hernandez v. Thornburgh</u>, No. CV 82-1107 Kn, in order to address some changes in circumstances that have occurred since entry of this injunction.

WHEREAS, this Court prohibited the Immigration and Naturalization Service ("INS") from transferring "detained class members who are unrepresented by counsel from the district of their apprehension for at least (7) days to afford class members the opportunity to obtain counsel."

WHEREAS, this injunction was entered because the Court found that INS coerced and encouraged Salvadorans to accept voluntary departure and not to apply for asylum by advising them that they will be detained during the pendency of immigration proceedings and by threatening to transfer them to remote locations for detention.

WHEREAS, the Department of Health and Human Services' Office of Refugee Resettlement ("ORR") does not engage in the apprehension or removal of aliens.

WHEREAS, ORR is responsible for the care of unaccompanied alien minors while they remain in federal custody.

WHEREAS, ORR has no role whatsoever regarding whether an alien applies for voluntary departure, asylum, or any other relief or protection under the Immigration and Nationality Act.

WHEREAS, ORR must be able to place unaccompanied minor aliens, including Salvadorans, in appropriate living situations.

2

34

1  WHEREAS, appropriate living situations may not be available
2  in the district where the unaccompanied minor alien is
3  apprehended.
4  NOW, THEREFORE, the parties agree that the injunction was
5  not intended to prohibit ORR from transferring a class member who
6  is an unaccompanied minor to a suitable youth facility or foster
7  care home outside of the district of apprehension within 7 days
8  of apprehension, where (1) release of the minor has first been
9  considered as a preferable alternative to custody but found
10 unwarranted, (2) there is no facility appropriate for the custody
11 of the minor in the district, or no space available at any such
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

3

35

facility in the district of apprehension, and (3) transfer is to the nearest appropriate facility outside the district where space is available.

For Plaintiffs:

Linton Joaquin, Esq.
National Immigration Law Center
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010

For Defendants:

DEBRA W. YANG
United States Attorney

LEON W. WEIDMAN
Assistant U.S. Attorney
Chief, Civil Division

FRANK TRAVIESO
Assistant U.S. Attorney

PETER D. KEISLER
Assistant Attorney General
Civil Division

DAVID J. KLINE
Principal Deputy Director

, AUSA FOR
VICTOR M. LAWRENCE
Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878,
Ben Franklin Station
Washington, D.C. 20044
(202) 305-8788

ORDER

IT IS SO ORDERED.

DATED: September 27, 2004

CONSUELO B. MARSHALL
U.S. District Court Judge