JOSHUA T. STEHLIK (SBN # 220241)
*stehlik@nilc.org*
JESSICA R. HANSON (SBN # 313247)
*hanson@nilc.org*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., No. 108-62
Los Angeles, CA 90010
Tel:   (213) 639-3900
Fax:   (213) 639-3911

EVA BITRAN (SBN #302081)
*ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
225 W. Hospitality Lane, Suite 302
San Bernardino, CA 92408
Tel:   (213) 977-9500

Attorneys for Plaintiffs
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION

| | |
|---|---|
| CROSBY WILFREDO ORANTES–HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERRICK B. GARLAND, Attorney General of the United States, et al., <br><br> Defendants. | Case No. CV 82-01107-MMM-VBK <br><br> **PLAINTIFFS' NOTICE OF MOTION TO REOPEN DISCOVERY** <br><br> DATE: <br><br> TIME: <br><br> COURTROOM: |

LISA S. GRAYBILL*
graybill@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 40476
Austin, TX 78704
Tel:    (213) 493-6503
Fax:    (213) 639-3911

MAX S. WOLSON*
wolson@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Tel:    (202) 216-0261
Fax:    (202) 216-0266

MICHELLE LAPOINTE*
lapointe@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Tel:    (213) 279-2508
Fax:    (213) 639-3911
*pro hac vice application forthcoming

JENNIFER PASQUARELLA (SBN # 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street, Suite 200
Los Angeles, CA 90017
Tel:    (213) 977-9500

MARK ROSENBAUM (SBN #59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel:    (213) 385-2977
Fax:    (213) 385-9089

2

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby move to reopen limited discovery relating to Defendants' non-compliance with court orders. A hearing will be held on Plaintiff's Motion at a date, time, and location to be determined by the above-entitled Court. This Motion is made following the conferences of counsel pursuant to L.R. 7.3 which took place telephonically on December 9, 2021 and February 14, 2022. Defendants oppose this motion.

This Motion is made based on the present Notice, the Memorandum of Points and Authorities, and all other documents on file with this Court, as well as any other evidence or argument that may be presented before or at the time of the hearing.

DATED:  February 23, 2022                Respectfully submitted,

By:/s/ Joshua T. Stehlik
JOSHUA T. STEHLIK (SBN # 220241)
*stehlik@nilc.org*
NATIONAL IMMIGRATION LAW CENTER

JOSHUA T. STEHLIK (SBN # 220241)
*stehlik@nilc.org*
JESSICA R. HANSON (SBN # 313247)
*hanson@nilc.org*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., No. 108-62
Los Angeles, CA 90010
Tel:   (213) 639-3900
Fax:   (213) 639-3911

LISA S. GRAYBILL*
*graybill@nilc.org*
NATIONAL IMMIGRATION LAW CENTER

1

P.O. Box 40476
Austin, TX 78704
Tel:   (213) 493-6503
Fax:   (213) 639-3911

MAX S. WOLSON*
*wolson@nilc.org*
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 34573
Washington, D.C. 20043
Tel:   (202) 216-0261
Fax:   (202) 216-0266

MICHELLE LAPOINTE*
*lapointe@nilc.org*
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 247
Decatur, GA 30031
Tel:   (213) 279-2508
Fax:   (213) 639-3911
*pro hac vice* application forthcoming

EVA BITRAN (SBN #302081)
*ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA225 W. Hospitality Lane,
Suite 302
San Bernardino, CA 92408
Tel:   (213) 977-9500

JENNIFER PASQUARELLA (SBN #
263241)
*jpasquarella@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street, Suite 200
Los Angeles, CA 90017
Tel:   (213) 977-9500

2

MARK ROSENBAUM (SBN #59940)
*mrosenbaum@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel:   (213) 385-2977
Fax:   (213) 385-9089

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, I served the foregoing pleading on all counsel of record by means of the District Clerks CM/ECF electronic filing system.

By:  /s/ Joshua T. Stehlik
Joshua T. Stehlik